UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS C. MCGEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV02212 SNLJ-FRB |
| | ) | |
| JEFF NORMAN, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

**IT IS HEREBY ORDERED** that Judge Frederick R. Buckles' Report and Recommendation, #13, filed on June 27, 2012 is adopted and sustained in its entirety. Petitioner Thomas C. McGee's Motion for Default Judgment, #7, is **DENIED.**

Dated this 13th day of September, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE